**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7642**

TARIQ LIYUEN ADEVEMI BELT,

Plaintiff - Appellant,

v.

DEA, Agency/Business; DEA CHIEF INFORMATION OFFICER; DEA BALTIMORE FIELD OFFICE; OCDETF, Agency/Business; OCDETF FUSION CENTER; OCDETF CHIEF INFORMATION OFFICER; HIDTA, Agency/Business; HIDTA CHIEF INFORMATION OFFICER; US OFFICE OF THE ATTORNEY GENERAL; US DEPT. OF JUSTICE; US DEPT. OF JUSTICE CHIEF INFORMATION OFFICER; CRIMINAL JUSTICE INFORMATION SYSTEM/NATIONAL CRIMINAL INFO. CENTER; CJIS/NCIC CHIEF INFORMATION OFFICER; US MARSHALS, Agency/Business,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:14-cv-01151-TSE-JFA)

Submitted: March 29, 2018                                    Decided: April 2, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Tariq Liyuen Adevemi Belt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tariq Liyuen Adevemi Belt appeals the district court's orders dismissing his civil complaint under 28 U.S.C. § 1915A(b) (2012) and denying his motion to compel arbitration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Belt v. DEA*, No. 1:14-cv-01151-TSE-JFA (E.D. Va. filed June 29, 2016; entered June 30, 2016; Nov. 2, 2016). Additionally, we deny Belt's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*